442 A.2d 336

Commonwealth v. Dade, Appellant.
Petition for Allowance of Appeal Denied May 3, 1982.

Argued April 13, 1981. Donald R. Calairo, for appellant; Kemal Alexander Mericli, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

The judgment of sentence is affirmed.

Decision was rendered prior to SHERTZ, J., leaving the bench of the Superior Court of Pennsylvania.